IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| BRADY NOVAK, | * |
| Plaintiff, | * |
| vs. | *   No. 4:16-cv-00916-SWW |
| CELLULAR WORLD, INC., individually and d/b/a SPRING MOBILE, INC.; SPRING MOBILE, INC., GAMESTOP, INC., and MONICA LASTER, | * |
| Defendants. | * |

## ORDER

Pursuant to the stipulation of dismissal filed by the parties on July 24, 2017 [doc.#11], this action is hereby dismissed with prejudice.

IT IS SO ORDERED this 25th day of July 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE